UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| JACQUELINE PENTICOFF, )<br>)<br>  Plaintiff, )<br>)<br>V. )<br>)<br>THE PRUDENTIAL INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>  Defendant. ) | Civil Action No. 5: 23-075-DCR<br><br><br>**MEMORANDUM ORDER** |

*** *** *** ***

A district court judge may dismiss a case when the plaintiff "fails to prosecute or to comply . . . with a court order." Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962) (recognizing a district court's "inherent power" to dismiss *sua sponte* for lack of prosecution as a necessary means of achieving "orderly and expeditious disposition of cases"); *Schafer v. City of Defiance Police Dep't*, 529 F.3d 731, 736 (6th Cir. 2008) (quoting *Knoll v. AT&T*, 176 F.3d 359, 363 (6th Cir. 1999)) (describing Rule 41(b) "as a tool to effect management of [the court's] docket and avoidance of unnecessary burdens on the tax-supported courts and opposing parties.").

In this case, the plaintiff filed her complaint on March 8, 2023, while represented by counsel. [Record No. 1] After Defendant Prudential Insurance Company of America filed its answer to the plaintiff's third amended complaint, the Court entered a standard Order for meeting and report on June 26, 2023. [Record No. 31] However, a joint report was not submitted and the plaintiff's counsel filed a motion to withdraw pursuant to LR 83.6 on August 7, 2023. [Record No. 32] In support, counsel advised that Penticoff had not responded to

multiple email messages or voicemails, despite that being their prior method of communication.

On August 8, 2023, the Court granted counsel's motion to withdraw and directed Plaintiff Penticoff to show cause within 30 days why the matter should not be dismissed for failure to prosecute. [Record No. 33] The plaintiff has failed to comply with that Order and has failed to prosecute her case. Therefore, it is hereby

**ORDERED** as follows:

1. All claims asserted in this action are **DISMISSED**, without prejudice.

2. A separate Judgment will be entered this date.

Dated: October 5, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky